UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTANA ANN FERGUSON,<br><br>          Petitioner,<br><br>v.<br><br>RON KEENAN,<br><br>          Respondent. | Civil No. 06-CV-164-L(LSP)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PETITION FOR WRIT OF HABEAS CORPUS** |

      Petitioner Santana Ann Ferguson seeks a writ of habeas corpus under 28 U.S.C. § 2254. The Honorable Leo S. Papas entered a Report and Recommendation ("Report"), under 28 U.S.C. § 636(b)(1), recommending denial of the petition. Neither party has filed objections to the Report.

      The district court's role in reviewing a magistrate judge's report and recommendation is set forth in 28 U.S.C. § 636(b)(1). Under this statute, the district court "shall make a *de novo* determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*. Under this statute, "the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir.) (en banc), *cert. denied*, 124 S. Ct. 238 (2003); *see Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1225-26 & n.5 (D. Ariz. 2003) (applying *Reyna-Tapia*'s

1 | holding to a habeas corpus proceeding).

2 |     The Court has independently reviewed the Report and all relevant papers submitted by both parties and finds that the Report presents a well-reasoned analysis of the issues petitioner raises.  Accordingly, having carefully considered the record, applicable law, and good cause appearing, **IT IS ORDERED** adopting in its entirety the Report and Recommendation filed August 3, 2006.  **IT IS FURTHER ORDERED** denying the petition for writ of habeas corpus.  **IT IS FURTHER ORDERED** directing the Clerk of the Court to enter judgment in accordance with the Report and Recommendation, and this Order.

    **IT IS SO ORDERED.**

DATED:  November 20, 2006

M. James Lorenz
United States District Court Judge

COPY TO:

HON. LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL