AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Santana Ann Ferguson

V.                  **JUDGMENT IN A CIVIL CASE**

Ron Keenan

CASE NUMBER:    06cv164-L(LSP)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Report and Recommendation filed on 8/3/06 be adopted in it's entirety and that the petition for writ of habeas corpus be denied.

| November 20, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ A. Victoria
(By) Deputy Clerk

ENTERED ON November 20, 2006

06cv164